Electronically FILED by Superior Court of California, County of Los Angeles on 07/21/2021 03:30 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Miro, Deputy Clerk

Case 2:21-cv-06462-SVW-KK   Document 1-3   Filed 08/10/21   Page 1 of 11   Page ID #:38

| | |
|---|---|
| **POS-010** | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>RICHARD H. LEE | SBN: 223553<br>SALISIAN LEE LLP<br>550 SOUTH HOPE STREET STE 750 LOS ANGELES, CA 90071<br>TELEPHONE NO.: (213) 622-9100 | FAX NO. (800) 622-9145 | E-MAIL ADDRESS (Optional): neal.salisian@salisianlee.com<br>ATTORNEY FOR (Name): Plaintiff: | FOR COURT USE ONLY |

**LOS ANGELES COUNTY SUPERIOR COURT**
STREET ADDRESS: 111 NORTH HILL ST.
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: STANLEY MOSK COURTHOUSE

PLAINTIFF: LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY
DEFENDANT: GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL.

CASE NUMBER: 21STCV22593

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 461-13

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other CIVIL CASE COVER SHEET ADDENDUM; NOTICE OF CASE ASSIGNMENT
3. a. Party served *(specify name of party as shown on documents served)*:
   **GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **TE AGENT CORP.- TOM SIMMONS - AUTHORIZED TO ACCEPT - AGENT FOR SERVICE**
   Age: 50    Weight: 230    Hair: BLACK/WHITE    Sex: Male
   Height: 6'2    Eyes:    Race: CAUCASIAN
4. Address where the party was served: **950 Main Ave Ste 1100**
   **Cleveland, OH 44113**
5. I served the party
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **6/24/2021**    (2) at *(time)*: **12:44 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*:    or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/170556A  -3345

| PETITIONER: LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | CASE NUMBER: |
|---|---|
| RESPONDENT: GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL. | 21STCV22593 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*         (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY
     under the following Code of Civil Procedure section:
     
     ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                      ☑ other: 17701.16

7. **Person who served papers**
  a. Name: AARON CAPAS - JPL PROCESS SERVICE, LLC
  b. Address: 14482 BEACH BLVD. STE X  WESTMINSTER, CA 92683
  c. Telephone number: (866) 754-0520
  d. The fee for service was: $ 99.00
  e. I am:
     (1) ☑ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ registered California process server:
        (i) ☐ owner   ☐ employee   ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: 6/28/2021

   JPL PROCESS SERVICE, LLC
   14482 BEACH BLVD. STE X
   WESTMINSTER, CA 92683   | (866) 754-0520

AARON CAPAS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           ▶  (SIGNATURE)

Electronically FILED by Superior Court of California, County of Los Angeles on 07/21/2021 01:30 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Miro, Deputy Clerk

Case 2:21-cv-06462-SVW-KK Document 1-3 Filed 08/10/21 Page 3 of 11 Page ID #:40

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> RICHARD H. LEE | SBN: 223553 <br> SALISIAN LEE LLP <br> 550 SOUTH HOPE STREET STE 750 LOS ANGELES, CA 90071 <br> TELEPHONE NO.: (213) 622-9100 | FAX NO. (800) 622-9145 | E-MAIL ADDRESS *(Optional)*: neal.salisian@salisianlee.com <br> ATTORNEY FOR *(Name)*: Plaintiff: | FOR COURT USE ONLY |
|---|---|

**LOS ANGELES COUNTY SUPERIOR COURT**
STREET ADDRESS: 111 NORTH HILL ST.
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: STANLEY MOSK COURTHOUSE

| PLAINTIFF: LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT: GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL. | 21STCV22593 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 461-13 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other  CIVIL CASE COVER SHEET ADDENDUM; NOTICE OF CASE ASSIGNMENT

3. a. Party served *(specify name of party as shown on documents served)*:
   **GARY WAXMAN, AN INDIVIDUAL**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:  **14545 County Line Rd**
   **Chagrin Falls, OH 44022**

5. I served the party
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:
   
   b. ☑ **by substituted service.** On *(date)*: 7/12/2021 at *(time)*: 8:51 AM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   '**JANE DOE**' - DID NOT STATE NAME - HOUSE SITTER
   Age: 60        Weight: 190        Hair: DARK BROWN    Sex: Female
   Height: 5'7    Eyes:              Race: CAUCASIAN

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:        from *(city)*:             or ☑ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> POS010-1/170556C  3531 |

| PETITIONER: LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | CASE NUMBER: |
|---|---|
| RESPONDENT: GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL. | 21STCV22593 |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    - (1) on (date):
    - (2) from (city):
    - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
    - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** (specify means of service and authorizing code section):

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☑ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of (specify):
   - c. ☐ as occupant.
   - d. ☐ On behalf of (specify):
     under the following Code of Civil Procedure section:
     - ☐ 416.10 (corporation)
     - ☐ 415.95 (business organization, form unknown)
     - ☐ 416.20 (defunct corporation)
     - ☐ 416.60 (minor)
     - ☐ 416.30 (joint stock company/association)
     - ☐ 416.70 (ward or conservatee)
     - ☐ 416.40 (association or partnership)
     - ☐ 416.90 (authorized person)
     - ☐ 416.50 (public entity)
     - ☐ 415.46 (occupant)
     - ☐ other:

7. Person who served papers
   - a. Name: **MARIUS AARON CAPAS - JPL PROCESS SERVICE, LLC**
   - b. Address: **14482 BEACH BLVD. STE X  WESTMINSTER, CA 92683**
   - c. Telephone number: **(866) 754-0520**
   - d. The fee for service was: **$ 198.00**
   - e. I am:
     - (1) ☑ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☐ registered California process server:
       - (i) ☐ owner ☐ employee ☐ independent contractor.
       - (ii) Registration No.:
       - (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **7/12/2021**

JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683  | (866) 754-0520

**MARIUS AARON CAPAS**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                              (SIGNATURE)

POS-010 [Rev January 1, 2007]            **PROOF OF SERVICE OF SUMMONS**            Page 2 of 2
                                                                                     POS-010/170556C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> RICHARD H. LEE | SBN: 223553 <br> SALISIAN LEE LLP <br> 550 SOUTH HOPE STREET STE 750 LOS ANGELES, CA 90071 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (213) 622-9100 | FAX NO. (800) 622-9145 | E-MAIL ADDRESS (Optional): neal.salisian@salisianlee.com <br> ATTORNEY FOR (Name): Plaintiff: | |

| LOS ANGELES COUNTY SUPERIOR COURT | |
|---|---|
| STREET ADDRESS: 111 NORTH HILL ST. | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | |
| BRANCH NAME: STANLEY MOSK COURTHOUSE | |

| PLAINTIFF/PETITIONER: LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL. | 21STCV22593 |

| DECLARATION OF DILIGENCE | Ref. No. or File No.: 461-13 |
|---|---|

I, MARIUS AARON CAPAS, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: GARY WAXMAN, AN INDIVIDUAL as follows:
Documents:
  Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); CIVIL CASE COVER SHEET ADDENDUM; NOTICE OF CASE ASSIGNMENT;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 6/28/2021 | 9:30 AM | Business | SPOKE WITH A FEMALE AT THE HOUSE. SHE SAID SHE IS NOT RELATED SO SHE WOULD NOT ACCEPT ANYTHING AND I SAID IT HAD TO PERSONALLY SERVED TO HIM ANYWAY AND SHE SAID HE'S NOT HERE RIGHT NOW. <br> 14545 County Line Rd, Chagrin Falls, OH 440224027 |
| 6/29/2021 | 4:03 PM | Business | PRETTY SURE SOMEONE IS INSIDE, DOGS BARKING LIKE CRAZY. THERE ARE 2 PACKAGES ON FRONT PORCH, ONE FOR DIANE WARMAN AND A BIGGER ONE FOR GSG PPE LLC. REFUSING TO ANSWER TO DOORBELL OR CAMERA OR KNOCKING. <br> 14545 County Line Rd, Chagrin Falls, OH 440224027 |
| 6/29/2021 | 4:08 PM | Business | LEFT NOTE, HOPING TO GET A CALL CONSIDERING THE FEMALE REFUSED TO TAKE THE PAPERS. <br> 14545 County Line Rd, Chagrin Falls, OH 440224027 |
| 6/30/2021 | 10:14 AM | Business | NOTE GONE FROM FRONT DOOR AND NEVER HEARD FROM ANYONE. PACKAGES THAT WERE ON FRONT PORCH GONE. AQUATIC DREAMS TRUCK IN DRIVEWAY AND PEOPLE ARE INSIDE, REFUSING TO ANSWER OR IGNORING. EVEN WITH FIRST TRY THE FEMALE I SPOKE WITH WAS REFUSING TO TAKE ANY PAPERS. <br> 14545 County Line Rd, Chagrin Falls, OH 440224027 |
| 7/3/2021 | 9:04 AM | Business | NO CARS IN THE DRIVEWAY. MULTIPLE DOGS BARKING INSIDE, BUT IN A SEPARATE WING, THE HOUSE IS HUGE. TRIED MULTIPLE DOORS AND DOORBELLS AND KNOCKING. CAMERAS ALL OVER. EVEN LEFT NOTES AND CAN'T MAKE ANY CONTACT NOW. <br> 14545 County Line Rd, Chagrin Falls, OH 440224027 |

Fee for Service: $ 198.00
  County:
  Registration No.:
  JPL PROCESS SERVICE, LLC
  14482 BEACH BLVD. STE X
  WESTMINSTER, CA 92683
  (866) 754-0520

Continued on Next Page

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 7/12/2021.

Signature: _____
MARIUS AARON CAPAS

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 170556C

| PLAINTIFF/PETITIONER: LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL. | 21STCV22593 |

Hearing Date:
Hearing Time:
Room:
Dept/Div:

**Continued from Previous Page**

| 7/12/2021 | 8:52 AM | Business | SAME FEMALE ANSWERED THIS TIME, SHE JUST SAID TO ME HE IS OUT OF TOWN, FOR THE WHOLE SUMMER. THE PACKAGE I SAW ONE TIME SAID DIANE WAXMAN, BUT THIS PERSON DECLINED TO GIVE A NAME THEN WHEN I DROPPED AT HER FEET SHE YELLED "YOU CAN'T LEAVE THIS HERE, I'M JUST WATCHING THE HOUSE " AND WELL APPARENTLY SHE'S BEEN WATCHING THE HOUSE FOR A LONG TIME BECAUSE I SPOKE WITH HER WEEKS AGO WHEN I WAS HERE BUT I TOLD HER I WAS INSTRUCTED TO LEAVE THE PAPERS ANYWAY.  THERE ARE CAMERAS ALL OVER THIS MASSIVE HOUSE THAT IS WHY I'M GIVING DEEP DETAILS, BUT I DROPPED IT TO SERVE HER.<br>14545 County Line Rd,  Chagrin Falls, OH 440224027 |
| 7/12/2021 | 8:51 AM | Business | Substituted service on: GARY WAXMAN, AN INDIVIDUAL; 14545 County Line Rd, Chagrin Falls, OH 44022; by serving: 'JANE DOE' - DID NOT STATE NAME  - HOUSE SITTER, CAUCASIAN Female 60 190 DARK BROWN 5'7 . |
| 7/12/2021 | | | Mailed copy of documents to: GARY WAXMAN, AN INDIVIDUAL.<br>14545 County Line Rd, Chagrin Falls, OH 44022 |

Fee for Service: $ 198.00

County:



Registration No.:
JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683
(866) 754-0520



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 7/12/2021.

Signature: _____
MARIUS AARON CAPAS

| Attorney or Party without Attorney:<br>RICHARD H. LEE, SBN: 223553<br>SALISIAN LEE LLP<br>550 SOUTH HOPE STREET STE 750<br>LOS ANGELES, CA 90071       E-MAIL ADDRESS (Optional): neal.salisian@salisianlee.com<br>TELEPHONE No.: (213) 622-9100   FAX No. (Optional): (800) 622-9145<br>Attorney for: Plaintiff | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: 461-13 | |

Insert name of Court, and Judicial District and Branch Court:
LOS ANGELES COUNTY SUPERIOR COURT - STANLEY MOSK COURTHOUSE

Plaintiff: LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY
Defendant: GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 21STCV22593 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); CIVIL CASE COVER SHEET ADDENDUM; NOTICE OF CASE ASSIGNMENT;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WESTMINSTER, CA, California, addressed as follows:

   a. Date of Mailing:       7/12/2021
   b. Place of Mailing:      WESTMINSTER, CA,
   c. Addressed as follows:  GARY WAXMAN, AN INDIVIDUAL
                             14545 County Line Rd
                             Chagrin Falls, OH 44022-4027

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WESTMINSTER, CA, California in the ordinary course of business.

Fee for Service: $ 198.00
JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683
(866) 754-0520
Ref: 461-13



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 7/12/2021.

Signature: _____
JEFF LANCASTER

**PROOF OF SERVICE BY MAIL**

Order#: 170556C/mailproof

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| RICHARD H. LEE | SBN: 223553<br>SALISIAN LEE LLP<br>550 SOUTH HOPE STREET  STE 750 LOS ANGELES, CA 90071 | |

TELEPHONE NO.: (213) 622-9100 | FAX NO. (800) 622-9145 | E-MAIL ADDRESS *(Optional):* neal.salisian@salisianlee.com
ATTORNEY FOR *(Name):* Plaintiff:

Electronically FILED by Superior Court of California, County of Los Angeles on 07/21/2021 01:30 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Miro, Deputy Clerk

**LOS ANGELES COUNTY SUPERIOR COURT**
STREET ADDRESS: 111 NORTH HILL ST.
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: STANLEY MOSK COURTHOUSE

| PLAINTIFF: | LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL. | 21STCV22593 |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>461-13 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other  **CIVIL CASE COVER SHEET ADDENDUM; NOTICE OF CASE ASSIGNMENT**
3. a. Party served *(specify name of party as shown on documents served):*
   **PETER ROME, AN INDIVIDUAL**
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served: **950 Main Ave Ste 1100**
   **Cleveland, OH 44113**
5. I served the party
   a. ☐ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   b. ☑ **by substituted service.** On *(date):* **6/28/2021** at *(time):* **10:46 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **KIM DEARMAN - RECEPTIONIST**
   Age: 40      Weight: 115      Hair: BLONDE      Sex: Female
   Height: 5'8      Eyes:      Race: CAUCASIAN
   
   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*         from *(city):*                            **or** ☑  a declaration of mailing is attached.
   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/170556B**

| PETITIONER: LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | CASE NUMBER: |
|---|---|
| RESPONDENT: GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL. | 21STCV22593 |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                       (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
     under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)               ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                        ☐ other:

7. **Person who served papers**
   a. Name: **AARON CAPAS - JPL PROCESS SERVICE, LLC**
   b. Address: **14482 BEACH BLVD. STE X  WESTMINSTER, CA 92683**
   c. Telephone number: **(866) 754-0520**
   d. The fee for service was: **$ 99.00**
   e. I am:
     (1) ☑ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ registered California process server:
        (i) ☐ owner    ☐ employee    ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **6/29/2021**

**JPL PROCESS SERVICE, LLC**
**14482 BEACH BLVD. STE X**
**WESTMINSTER, CA 92683  | (866) 754-0520**

**AARON CAPAS**               ▶ _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and address): | | FOR COURT USE ONLY |
|---|---|---|
| RICHARD H. LEE \| SBN: 223553<br>SALISIAN LEE LLP<br>550 SOUTH HOPE STREET STE 750 LOS ANGELES, CA 90071 | | |
| TELEPHONE NO.: (213) 622-9100 \| FAX NO. (800) 622-9145 \| E-MAIL ADDRESS *(Optional):* neal.salisian@salisianlee.com | | |
| ATTORNEY FOR *(Name):* Plaintiff: | | |

| LOS ANGELES COUNTY SUPERIOR COURT | |
|---|---|
| STREET ADDRESS: | 111 NORTH HILL ST. |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | LOS ANGELES, CA 90012 |
| BRANCH NAME: | STANLEY MOSK COURTHOUSE |

| PLAINTIFF/PETITIONER: | LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL. | 21STCV22593 |
| **DECLARATION OF DILIGENCE** | | Ref. No. or File No.: 461-13 |

I, GREENTREE LEGAL , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: PETER ROME, AN INDIVIDUAL as follows:

Documents:

Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); CIVIL CASE COVER SHEET ADDENDUM; NOTICE OF CASE ASSIGNMENT;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 6/24/2021 | 12:45 PM | Business | I SPOKE WITH TOM SIMMONS, HE SAID THE SUBJECT DOESN'T WORK IN THE OFFICE. HE SAID THE SUBJECT WORKS FROM HOME AND IN COURT. HE SAID HE'S ONLY IN THE OFFICE ONCE EVERY FEW MONTHS OR SO.<br>950 Main Ave Ste 1100, Cleveland, OH 441137213 |
| 6/25/2021 | 4:16 PM | Business | SUBJECT IS NOT IN THE OFFICE TODAY. NOT SURE WHEN HE WILL BE IN.<br>950 Main Ave Ste 1100, Cleveland, OH 441137213 |
| 6/28/2021 | 10:46 AM | Business | DOCUMENTS WERE LEFT WITH RECEPTIONIST KIM DEARMAN.<br>950 Main Ave Ste 1100, Cleveland, OH 441137213 |
| 6/28/2021 | 10:46 AM | Business | Substituted service on: PETER ROME, AN INDIVIDUAL; 950 Main Ave Ste 1100, Cleveland, OH 44113; by serving: KIM DEARMAN - RECEPTIONIST, CAUCASIAN Female 40 115 BLONDE 5'8 . |
| 6/29/2021 | | | Mailed copy of documents to: PETER ROME, AN INDIVIDUAL.<br>950 Main Ave Ste 1100, Cleveland, OH 44113 |

Fee for Service: **$ 99.00**
    County: **Franklin**
    Registration No.:
    **JPL PROCESS SERVICE, LLC**
    **14482 BEACH BLVD. STE X**
    **WESTMINSTER, CA 92683**
    **(866) 754-0520**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 6/29/2021.



Signature
**AARON CAPAS**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 170556B

| Attorney or Party without Attorney: RICHARD H. LEE, SBN: 223553<br>SALISIAN LEE LLP<br>550 SOUTH HOPE STREET STE 750<br>LOS ANGELES, CA 90071<br>TELEPHONE No.: (213) 622-9100   E-MAIL ADDRESS (Optional): neal.salisian@salisianlee.com<br>FAX No. (Optional): (800) 622-9145 | FOR COURT USE ONLY |
|---|---|
| Attorney for: Plaintiff | |
| | Ref No. or File No.: 461-13 |

Insert name of Court, and Judicial District and Branch Court:
LOS ANGELES COUNTY SUPERIOR COURT - STANLEY MOSK COURTHOUSE

Plaintiff: LINE APPAREL, LLC, A DELAWARE LIMITED LIABILITY COMPANY

Defendant: GSG PPE, LLC, AN OHIO LIMITED LIABILITY COMPANY; ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 21STCV22593 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); CIVIL CASE COVER SHEET ADDENDUM; NOTICE OF CASE ASSIGNMENT;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WESTMINSTER, CA, California, addressed as follows:

   a. Date of Mailing:           6/29/2021
   b. Place of Mailing:          WESTMINSTER, CA,
   c. Addressed as follows:      PETER ROME, AN INDIVIDUAL
                                 950 Main Ave Ste 1100
                                 Cleveland, OH 44113-7213

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WESTMINSTER, CA, California in the ordinary course of business.

Fee for Service: $ 99.00
    JPL PROCESS SERVICE, LLC
    14482 BEACH BLVD. STE X
    WESTMINSTER, CA 92683
    (866) 754-0520
    Ref: 461-13

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 6/29/2021.

Signature: _____
           JEFF LANCASTER

**PROOF OF SERVICE BY MAIL**

Order#: 170556B/mailproof