Aryeh Kaufman, Esq. (SBN 289745)
aryeh@akaufmanlegal.com
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd., PMB 1907
Los Angeles, CA 90036
Tel: (323) 943-2566
Fax: (213) 402-8598

*Attorney for Defendants,*
GSG PPE LLC and GARY WAXMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LINE APPAREL, LLC, a Delaware Limited liability company,<br><br>            Plaintiff,<br><br>     vs.<br><br>GSG PPE, LLC, an Ohio limited liability company; GARY WAXMAN, an individual; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No.: 2:21-cv-06462-SVW (KK)<br><br>**DECLARATION OF GARY WAXMAN IN SUPPORT OF GSG PPE, LLC AND GARY WAXMAN'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION (Fed.R.Civ.P. 12(b)(2))**<br><br>*[Notice of Motion; Memorandum of Points and Authorities; and [Proposed] Order filed concurrently herewith]*<br><br>Hearing:    December 13, 2021<br>Time:       1:30 p.m.<br>Courtroom: 10A<br><br>Hon. Stephen V. Wilson |

1

DECLARATION OF GARY WAXMAN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

# DECLARATION OF GARY WAXMAN

I, Gary Waxman, declare:

1. I am the sole member of GSG PPE, LLC ("GSG"). Both GSG and I are defendants in the above-captioned matter. I personally know the matters set forth in this declaration and, if asked, could competently testify thereto. I make this declaration in support of the motion to dismiss on behalf of myself and GSG.

2. GSG is an Ohio limited liability company whose principal place of business is in Chagrin Falls, Ohio.

3. I am the sole member and principal of GSG.

4. I reside in Florida and have no business in California.

5. GSG is not registered in California as a foreign corporation.

6. GSG is not licensed to do business in California.

7. GSG does not own or lease any property in California.

8. GSG does not operate any facilities in California.

9. GSG does not have an office in California.

10. GSG has no registered agent for service of process in California.

11. GSG does not pay taxes in California.

12. GSG has no bank accounts in California.

13. GSG does not have a telephone listing in California.

14. GSG does not have any sort of physical presence in California.

15. GSG does not manufacture products in California.

16. GSG does not sell or purchase products to California.

17. GSG has never had directors, officers, employees, or agents working in California.

18. Besides for this transaction, neither I nor GSG have done business with a California company.

19. On behalf of GSG, I negotiated the deal for hospital gowns with Ramin Namvar, the CEO of Plaintiff Line Apparel, LLC, from my residence in Florida, by phone and email.

20. I never traveled to California to negotiate the deal with Plaintiff, and never traveled to California to meet with Plaintiff, or to do business with Plaintiff.

21. No other employees, officers, or agents of GSG traveled to California to negotiate the deal with Plaintiff, or to meet with Plaintiff, or to do business with Plaintiff.

22. On behalf of GSG, I entered into the alleged verbal agreement with Plaintiff from my residence in Florida, over the phone with Mr. Namvar.

23. Payments made by GSG in connection with its business dealings and operations are paid from GSG's business office in Ohio.

24. GSG' operations, records, witnesses, and evidence are located outside of California, at GSG's office in Ohio or on my personal computer at my residence in Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 8th day of November, 2021, at __Geauga_____ County, Florida.

By: ___*Gary Waxman*_____
Gary Waxman

DECLARATION OF GARY WAXMAN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION